IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00003-MR

| | |
|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>SHANNON NICOLE DAVES,   )<br>)<br>Defendant/   )<br>Cross-Defendant,   )<br>)<br>and   )<br>)<br>KIMBERLY DAWN EVANS, as )<br>Executor of the Estate of Roger M. )<br>Evans,   )<br>)<br>Defendant/   )<br>Cross-Claimant.   )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this interpleader action on January 4, 2023. [Doc. 1]. On April 5, 2023, the Defendant Kimberly Dawn Evans filed an Answer and Crossclaim against the Defendant Shannon Nicole Daves. [Doc. 6]. There is nothing in the record to indicate that Defendant Daves has been

served in this action. Further, it appears that no effort has been made to prosecute the action further with respect to Defendant Daves.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff and Cross Claimant shall file appropriate motions or otherwise take further action with respect to the Defendant Shannon Nicole Daves. The parties are advised that failure to take further action against Defendant Daves may result in the dismissal of this action.

**IT IS SO ORDERED.**

Signed: August 14, 2023

Martin Reidinger
Chief United States District Judge