IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No.: 1:23-cv-0003

| | |
|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SHANNON NICOLE DAVES,<br><br>    Defendant/Cross-Defendant,<br><br>and<br><br>KIMBERLY DAWN EVANS, as Executor of the Estate of Roger M. Evans,<br><br>    Defendant/Cross-Claimant. | **MOTION FOR EXTENSION OF TIME FOR DEFENDANT SHANNON NICOLE DAVES TO ANSWER OR OTHERWISE RESPOND** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(B), Defendant, Shannon Nicole Daves ("Defendant"), respectfully moves for an extension of time to answer or otherwise respond to the Plaintiff's Complaint and the Crossclaim filed by Defendant Kimberly Dawn Evans. In support of this Motion, Defendant states as follows:

1. The Complaint in this action was filed on January 4, 2023, but Defendant was not served until August 25, 2023.

2. Defendant's initial response deadline was September 18, 2023.

3. On September 15, 2023, Defendant moved the Court for an additional twenty-one days within which to respond. This motion was granted by Text-Only Order entered on September 19, 2023, and allowing the Defendant until October 10, 2023 to answer or otherwise respond to the Complaint and the Crossclaim.

1

4. The time allowed for Defendant to answer or otherwise respond to the Complaint and Crossclaim has not expired.

5. On October 6, 2023, Defendant filed a Motion to Grant Plaintiff's Request to Deposit Funds and to Stay All Proceedings on Crossclaims ("Motion to Stay") [Doc. 12]. Cross-Claimant, Kimberly Dawn Evans, joined in the Motion to Stay.

6. The Motion to Stay requests leave of Court for Plaintiff to pay the Policy Benefit into the registry of the Court and be dismissed from all further liability under the Policy, and further seeks a stay of all further proceedings, specifically including the Crossclaims, pending resolution of the related North Carolina wrongful death state court action captioned *Kimberly Dawn Evans, Executor of the Estate of Roger Michael Evans v. Shannon Nicole Daves*, Buncombe County Superior Court Case Number 21 CVS 4983. (*See* Mot. to Stay [Doc. 12].)

7. The Defendant is aware of non-binding cases that suggest this Court has the inherent authority to consider a motion to stay prior to the time that an answer or responsive pleading has been filed. *See, e.g., Intec USA, LLC v. Engle*, 2006 U.S. Dist. LEXIS 24100, *1 n.1 (M.D.N.C. Mar. 23, 2006). However, the Defendant does not assume that the filing of the Motion to Stay on October 6, 2023 creates an extension or stay of her existing deadline to file a responsive pleading on October 10, 2023.

8. Accordingly, the Defendant submits this motion seeking an extension of time to answer or otherwise respond to the Complaint[1] and the Crossclaims as follows:

---

[1] An answer to the Complaint would not compromise Defendant's Fifth Amendment rights, as there are no allegations to be answered relating to the circumstances of the death of Michael Evans, or the circumstances of the relationship between Michael and Nikki. (*See* Schechet Aff. ¶¶ 21-24 [Doc. 13-1].) Defendant seeks an extension of time to respond to the Complaint out of an abundance of caution, to avoid any inadvertent waiver of defenses that might be associated with

a. If the Court grants the Motion to Stay, then Defendant seeks an extension of time until fourteen (14) days after the stay is subsequently lifted; and

b. If the Court denies the Motion to Stay, then Defendant seeks an extension until fourteen (14) days following the Court's ruling on the Motion to Stay.

9. This Motion is submitted in good faith and not for the purpose of delay. This Motion is submitted for the purpose of preserving the Defendant's Fifth Amendment right against self-incrimination, as more fully briefed in the Memorandum of Law that was filed on Octobe 6, 2023 in support of the Joint Motion to Stay Crossclaims [*See* Mem. Supp. Mot. Stay at 7-13 [Doc. 13].]

WHEREFORE, Defendant Shannon Nicole Daves respectfully suggests that the Court enter an order allowing an extension of time to answer or otherwise respond to the Plaintiff's Complaint and the Crossclaim until the Joint Motion to Stay is decided and any stay of these proceedings is subsequently lifted.

This the 9th day of October, 2023.

**THE VAN WINKLE LAW FIRM**

*s/Heather Whitaker Goldstein*
Heather Whitaker Goldstein, NC Bar #26194
Marie Claire O'Leary Smith, NC Bar #54943
11 N. Market St., Asheville, NC 28801
Telephone: (828) 258-2991
Email: hgoldstein@vwlawfirm.com
Email: mcolearysmith@vwlawfirm.com

***Attorneys for Defendant Shannon Nicole Daves***

---

failing to include those defenses in an initial responsive pleading. However, if the Court determines to stay the action only as to the Crossclaims, and orders an answer to the Complaint to be filed without prejudice to any defenses that may later be raised in response to the Crossclaims, Defendant Daves is prepared to answer to the Complaint within a few days.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record that have made an appearance in this case.

      This the 9th day of October, 2023.

                                                    *s/Heather Whitaker Goldstein*
                                                    Heather Whitaker Goldstein