IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-CV-00003-WCM

| | | |
|---|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| SHANNON NICOLE DAVES; and KIMBERLY DAWN EVANS, as Executor of the Estate of Roger M. Evans, | ) | |
| Defendants. | ) | |

This matter is before the Court for case management purposes following an Initial Pretrial Conference which the undersigned conducted with counsel for Defendants Shannon Nicole Daves and Kimberly Dawn Evans on October 25, 2024.

On or before November 8, 2024, Defendants shall file 1) individual citizenship disclosure statements and 2) either a joint memorandum (if Defendants are in agreement) or individual memorandums on the question of whether the Court may continue to exercise subject matter jurisdiction over this interpleader action given the dismissal of Plaintiff Western-Southern Life Assurance Company.

1

On or before November 22, 2024, Defendants shall file a joint status report, which shall include 1) information regarding whether the parties reached an agreement to resolve this matter during a mediated settlement conference that has been scheduled for November 14, 2024, and 2) information concerning the status of the various other related cases pending in state court. In the event this matter has not been resolved, the parties shall also submit a Revised Certificate of Initial Attorneys Conference.

The entry of a pretrial order and case management plan is held in abeyance at this time.

It is so ordered.

Signed: October 28, 2024

W. Carleton Metcalf
United States Magistrate Judge