IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No.: 1:23-cv-0003

| | |
|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY,<br><br>    Interpleader Plaintiff,<br><br>v.<br><br>SHANNON NICOLE DAVES,<br><br>    Defendant/Cross-Defendant,<br><br>and<br><br>KIMBERLY DAWN EVANS, as Executor of the Estate of Roger M. Evans,<br><br>    Defendant/Cross-Claimant. | **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** |

Shannon Nicole Daves and Kimberly Dawn Evans, as Executor of the Estate of Roger M. Evans (collectively, the "**Crossclaim Parties**"), through their undersigned counsel, jointly move the Court to enter the Consent Judgment attached hereto as **Exhibit A**. The Parties have reached a comprehensive settlement of this matter, agreed to the entry of the Consent Judgment attached as Exhibit A, and respectfully request the Court enter the Consent Judgment as agreed to by the Parties.

THIS, the 24th day of February, 2025.

THE SUTTON LAW FIRM

s/*John K. Sutton*
John K. Sutton, NC Bar # 29625
P.O. Box 145
Candler, NC 28715
Telephone: (828) 667-5476
Email: jsuttonjr@suttonlawfirm.com

***Attorneys for Kimberly Dawn Evans, as Executor of the Estate of Roger M. Evans***

THE VAN WINKLE LAW FIRM

/s/ *Heather Whitaker Goldstein*
Heather Whitaker Goldstein, NC Bar No. 26194
11 N. Market Street
Asheville, NC 28801
Telephone: 828-258-2991
Facsimile: 828-257-2773
***Attorneys for Shannon Nicole Daves***