IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No.: 1:23-cv-0003

FILED
ASHEVILLE, NC
MAR 17 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

WESTERN-SOUTHERN LIFE
ASSURANCE COMPANY,

    Interpleader Plaintiff,

v.

SHANNON NICOLE DAVES,

    Defendant/Cross-Defendant,

and

KIMBERLY DAWN EVANS, as Executor of
the Estate of Roger M. Evans,

    Defendant/Cross-Claimant.

**CONSENT JUDGMENT**

This matter is before the Court upon presentation to the Court of a proposed Consent Judgment submitted by the parties. The parties having agreed upon resolution of this matter prior to a trial on the merits, having considered the facts and applicable law, and having agreed to the entry of this Consent Judgment, the Court makes the following:

### FINDINGS OF FACT:

1. Plaintiff Western-Southern Life Assurance Company, ("Western-Southern") is a corporation organized and existing under the laws of the state of Ohio with its principal place of business in Ohio.

1

2. Defendant Shannon Nicole Daves ("Daves") is a citizen and resident of Buncombe County, North Carolina.

3. Defendant Kimberly Dawn Evans, as Executor of the Estate of Roger M. Evans, ("Evans") is a citizen and resident of Buncombe County, North Carolina.

4. On January 4, 2023, Plaintiff brought this action in interpleader concerning the proceeds of individual life insurance policy bearing policy number *****19185, issued by Western-Southern in 1992 on the life Roger M. Evans ("Evans Life Insurance") in the amount of $94,950.00., and seeking leave of Court to deposit the proceeds of the insurance with the Court and be dismissed from the action.

5. On November 27, 2023, Plaintiff did, in fact, tender the Interpleader Deposit in the amount of $97,805.76 with the Court, which continues to be held as disputed funds ("the Disputed Interpleader Funds").

6. On August 26, 2024, Plaintiff Western-Southern was dismissed with prejudice in this action.

7. Defendant Shannon Nicole Daves and Kimberly Dawn Evans, as Executor of the Estate of Roger M. Evans, have each filed crossclaims seeking declaratory relief as to ownership of the Disputed Interpleader Funds.

8. The parties to this action have now resolved all disputes, crossclaims and claims among them related to the Disputed Interpleader Funds, including such

2

claims as have been asserted in this action or that arose out of the same transactions and occurrences that are the subject of this action and, therefore, could have been asserted.

9. The parties hereby consent and agree to entry of this Consent Judgment without further notice and waive service thereof.

10. The parties expressly waive their rights to appeal or otherwise move for relief from this Consent Judgment.

Based on the foregoing FINDINGS OF FACT the Court makes the following

## **CONCLUSIONS OF LAW:**

1. This is an action in interpleader brought pursuant to 28 U.S.C. § 1332 and Rule 22 of the Federal Rules of Civil Procedure.

2. The Court has personal jurisdiction over all of the parties.

3. The Court has subject matter jurisdiction over the interpleader claim because diversity of citizenship exists between the Plaintiff and the Defendants and the amount in controversy exceeds $75,000.00. The Court may exercise supplemental jurisdiction over the Crossclaims for declaratory relief as to entitlement to the Disputed Interpleader Funds.

4. Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391, 1397.

Based on the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, it is ORDERED, ADJUDGED and DECREED as follows:

1. The Disputed Interpleader Funds, including all accrued interest, shall be disbursed by the Court to the Estate of Roger Michael Evans.

2. All remaining claims, crossclaims, or counterclaims not otherwise resolved by the entry of this Consent Judgment are dismissed with prejudice.

3. Each party shall bear its or her own costs and attorneys' fees.

THIS, the __17th__ day of __March__, 2025.

_____
The Honorable W. Carleton Metcalf
United States Magistrate Judge


CONSENTED TO AND RESPECTFULLY SUBMITTED:

**THE SUTTON LAW FIRM**

s/*John K. Sutton*
John K. Sutton, NC Bar # 29625
P.O. Box 145
Candler, NC 28715
Telephone: (828) 667-5476
Email: jsuttonjr@suttonlawfirm.com

***Attorneys for Kimberly Dawn Evans, as Executor of the Estate of Roger M. Evans***

4

THE VAN WINKLE LAW FIRM

/s/ *Heather Whitaker Goldstein*
Heather Whitaker Goldstein, NC Bar No. 26194
11 N. Market Street
Asheville, NC 28801
Telephone: 828-258-2991
Facsimile: 828-257-2773
***Attorneys for Shannon Nicole Daves***